# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLAN G. EDWARDS, | ) | 1:12cv0244 AWI DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING REQUEST TO EXTEND TIME TO SERVE COMPLAINT AND CONTINUE SCHEDULING CONFERENCE (Document 6) |
| v. | ) | |
| JOHN COOPER, et al., | ) | |
| | ) | Date:  September 4, 2012 |
| | ) | Time:  9:30 a.m. |
| | ) | Courtroom 9 |
| Defendants. | ) | |

Plaintiff Allan G. Edwards is proceeding pro se in this diversity action filed on February 21, 2012.  Plaintiff paid the filing fee and the Court issued summons on February 22, 2012.  The Court also set a mandatory Scheduling Conference for May 24, 2012.

On May 7, 2012, Plaintiff filed a motion requesting additional time to serve the complaint, up through and including September 1, 2012.  Plaintiff explains that he has had medical issues and has been unable prosecute this action.

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff has demonstrated GOOD CAUSE for an extension and his request is GRANTED.  Plaintiff SHALL effectuate service by September 1, 2012.

The Scheduling Conference set for May 24, 2012, is VACATED.  The Conference is reset for **September 4, 2012**, at **9:30 a.m**. in Courtroom 9.

IT IS SO ORDERED.

  Dated:   **May 10, 2012**                    **/s/ Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE

1