# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN G. EDWARDS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN COOPER, et al.,<br><br>　　　　　Defendants. | )　1:12cv0244 AWI DLB<br>)<br>)　ORDER GRANTING REQUEST TO<br>)　EXTEND TIME TO SERVE COMPLAINT<br>)　AND SETTING SCHEDULING<br>)　CONFERENCE<br>)　(Document 8)<br>)<br>)　Date: December 3, 2012<br>)　Time: 9:00 a.m.<br>　Courtroom 9 |

　　　　Plaintiff Allan G. Edwards ("Plaintiff") is proceeding pro se in this diversity action filed on February 21, 2012.  Plaintiff paid the filing fee and the Court issued summons on February 22, 2012.

　　　　On May 7, 2012, Plaintiff filed a motion requesting additional time to serve the complaint, up through and including September 1, 2012.  The Court granted the request on May 10, 2012, finding that Plaintiff's medical issues constituted good cause pursuant to Federal Rule of Civil Procedure 4(m).

　　　　On August 31, 2012, Plaintiff filed a second motion to extend time to serve the complaint.  Plaintiff states that his medical condition has been "much slower to resolve than

initially anticipated, and that this major medical disability has substantially still hindered [his] perfection of service and attendant prosecution of this Action." Plaintiff believes that he will recover soon and assures the Court that he will serve the complaint no later than October 30, 2012.

Based on Plaintiff's assurance to the Court and his ongoing medical condition, the Court finds that a <u>final</u> extension is warranted under Rule 4(m).  <u>If Plaintiff fails to serve the complaint within this time period, the Court will dismiss the action without prejudice.</u>

The Scheduling Conference is reset for December 3, 2012, at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **September 5, 2012**              /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE