# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN G. EDWARDS, JR., | Case No. 1:12-cv-00244-AWI-SAB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | RESPONSE DUE WITHIN 14 DAYS |
| JOHN COOPER, et al., | |
| Defendants. | |

On December 3, 2012, a settlement conference was held in the above captioned case. (ECF No. 16.)  The case was settled and the Court ordered the parties to file dispositive documents within sixty (60) days.  To date, the parties have not filed dispositive documents dismissing this case in light of the settlement or advised the court that the settlement has not been effectuated.

Accordingly, the Court HEREBY ORDERS THE PARTIES TO SHOW CAUSE within **fourteen (14) days** of the date of entry of this order why dispositive documents have not yet been filed. **The parties are forewarned that the failure to respond to this order to show cause may result in the imposition of sanctions, including the dismissal of the entire case for failure to prosecute.**

IT IS SO ORDERED.

Dated: __**February 11, 2013**__                                              _____

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28