Allan G. Edwards, Jr. (pro per)
27 Forest Drive
Bedford, NH 03110
Mailing Adress: P.O. Box 104
Wilton, NH 03086
(617) 833-8280

**FILED**
FEB 11 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Allan G. Edwards, Jr. | CASE NUMBER 1:12-CV-00244-AWI-DLB |
|---|---|
| v. Plaintiff(s), | |
| John Cooper, Terry Cooper, Cooper Cattle Company, and DOES 1-4. Defendant(s). | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

[X] This action is dismissed by the Plaintiff(s) in its entirety.

[ ] The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

[ ] The Cross-Claim brought by Claimant(s) _____ dismissed by the Claimant(s) in its entirety.

[ ] The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] ONLY Defendant(s) _____

is/are dismissed from (*check one*) [ ] Complaint, [ ] Counterclaim, [ ] Cross-claim, [ ] Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

**FILED**
FEB 12 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

January 31, 2013
*Date*

_Signature of Attorney/Party_
Allan G. Edwards, Jr.

It is so Ordered, Dated: 2-12-13

_____
United States District Judge

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before a responsive pleading or prior to the beginning of trial.

CV-09 (03/10)   NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)   CCD-9